**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

FILED: November 26, 1997

---

**No. 96-2253**

---

JONATHAN LEWIN,

Plaintiff - Appellant,

versus

MEDICAL COLLEGE OF HAMPTON ROADS, a/k/a
Eastern Virginia Medical School of the Medical
College of Hampton Roads; JAMES E. ETHERIDGE,
JR.; WILLIAM J. COOKE; CLINTON H. TOEWE, II;
ROBERT M. MCCOMBS; JAMES F. LIND; THOMAS J.
MANSER,

Defendants - Appellees.

---

O R D E R

---

Appellant has filed a Petition for Rehearing with Suggestion for Rehearing In Banc, alleging error with respect to this Court's August 5, 1997 opinion. We grant the petition for rehearing to clarify that our affirmance also extends to the district court's January 12, 1996, order granting a motion to dismiss, in part. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. Lewin v.

Medical College of Hampton Roads, No. CA-95-279-N (E.D. Va. Jan. 12 and Aug. 2, 1996).

For the Court

/s/ PATRICIA S. CONNOR
CLERK

2

Rehearing granted, November 26, 1997 for the limited purpose of amending opinion

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2253**

———————

JONATHAN LEWIN,

Plaintiff - Appellant,

versus

MEDICAL COLLEGE OF HAMPTON ROADS, a/k/a
Eastern Virginia Medical School of the Medical
College of Hampton Roads; JAMES E. ETHERIDGE,
JR.; WILLIAM J. COOKE; CLINTON H. TOEWE, II;
ROBERT M. MCCOMBS; JAMES F. LIND; THOMAS J.
MANSER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-95-279-N)

———————

Submitted: June 10, 1997        Decided: August 5, 1997

———————

Before NIEMEYER and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jonathan Lewin, Appellant Pro Se.  David Kegebein Sutelan, MAYS & VALENTINE, Norfolk, Virginia; Alfred James Johnston, Jonathan Barkasy Sprague, POST & SCHELL, P.C., Philadelphia, Pennsylvania, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment against him in his action alleging a violation of the Family Educational Rights and Privacy Act, 20 U.S.C.A. § 1232g(a)(2) (West Supp. 1997), and related state law claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lewin v. Medical College of Hampton Roads, No. CA-95-279-N (E.D. Va. Jan. 12 and Aug. 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED